**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MANUEL L. BOJORQUEZ, | ) NO. CV 11-4324-JAK (MAN) |
| Petitioner, | ) |
| v. | ) JUDGMENT |
| WARDEN RANDY GROUNDS, | ) |
| Respondent. | ) |

Pursuant to the Court's Order Accepting Findings and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that this action is dismissed with prejudice.

DATED: <u>July 18, 2011</u>.

_____
JOHN A. KRONSTADT
UNITED STATES DISTRICT JUDGE